## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| SCOMA CHIROPRACTIC, P.A., a Florida corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No: 2:18-CV-256-FtM-38MRM |
| v. | ) ) | **CLASS ACTION** |
| INNOVATION COMPOUNDING, INC., a Georgia corporation, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

Plaintiff, SCOMA CHIROPRACTIC, P.A., hereby gives written notice pursuant to Local Rule 3.08 to the Court that the parties have reached a settlement in this case that will resolve all of the issues raised in this dispute and dispose of this entire action.  The parties anticipate filing a Stipulation of Dismissal with Prejudice once the settlement has been finalized, within the next sixty days.

Respectfully submitted,

SCOMA CHIROPRACTIC, P.A., individually and as the representative of a class of similarly-situated persons

s/ Ryan M. Kelly
Ryan M. Kelly – FL Bar No.: 90110
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone: 847-368-1500
rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Ryan M. Kelly