# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| SCOMA CHIROPRACTIC, P.A., a Florida corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No.: 2:18-cv-256<br>)<br>) |
| v. | )<br>) |
| INNOVATION COMPOUNDING, INC. | )<br>) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, SCOMA CHIROPRACTIC, P.A. and Defendant, INNOVATION COMPOUNDING, INC., through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice, class allegations without prejudice, each side to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| SCOMA CHIROPRACTIC, P.A. | INNOVATION COMPOUNDING, INC. |
| By: s/Ryan M. Kelly<br>Ryan M. Kelly – FL Bar. 90110 | By: s/ Robert G. Menzies<br>Robert G. Menzies |
| ANDERSON + WANCA<br>3701 Algonquin Rd., Ste. 500<br>Rolling Meadows. IL 60008<br>Telephone: 847-368-1500<br>Fax: 847-368-1501<br>rkelly@andersonwanca.com | FISHER BROYLES LLP<br>2390 Tamiami Trail North, Suite 100<br>Naples, FL  34103<br>Telephone:  239-227-2880<br>Fax:  239-236-1260<br>robert.menzies@FisherBroyles.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2019, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                                  /s/Ryan M. Kelly