UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCOMA CHIROPRACTIC, P.A., a
Florida corporation, individually and as
the representative of a class of similarly-
situated persons

        Plaintiff,

v.                                   Case No: 2:18-cv-256-FtM-38MRM

INNOVATION COMPOUNDING,
INC.,

        Defendant.
_____/

## ORDER[1]

Before the Court is the parties' Joint Stipulation of Dismissal (Doc. 33) filed on February 4, 2019. The parties seek to dismiss this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 33). Yet this is a class action lawsuit, and it is potentially impacted by a recent amendment to Federal Rule of Civil Procedure 23(e). Thus, the parties are ordered to address any implications that the Rule 23 amendment may have on their Rule 41 dismissal and provide any documentation that the Court may require.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The parties are **ORDERED** to respond to the Court within **seven (7) days** from the date of this Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of February, 2019.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record